**Opinion issued November 8, 2016**



In The

# Court of Appeals

For The

# First District of Texas

——————————

## NO. 01-16-00833-CR

——————————

## IN RE REGINALD WAYNE GUILLORY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Reginald Wayne Guillory, acting pro se, has filed a petition for writ of mandamus requesting that we compel the trial court to "set aside trial court proceedings until a proper hearing can be held to determine why the Relator could

not adequately participate in his own defense, or to dismiss the charges against him for want of prosecution."[1] We deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying cases are *The State of Texas v. Reginald Wayne Guillory*, cause numbers 1469303 and 1493217, pending in the 263rd District Court of Harris County, Texas, the Honorable Jim Wallace presiding.